UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENT HEITZ, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 1:13-cv-1731-WTL-DKL |
| ) | |
| BRIAN SMITH, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT in this action in favor of the Respondent and against the Petitioner. The petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 06/05/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Brent Heitz
#953775
Plainfield Correctional Facility
Inmate Mail/Parcels
727 Moon Road
Plainfield, Indiana 46168

All electronically registered counsel